IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

v.              CASE NO. 4:11CR000092-01 BSM

JAMES ALBERT GIDEON                      DEFENDANT

## ORDER

The motion to revoke [Doc. No. 26] James Gideon's supervised release is denied because he is already detained in the Arkansas Department of Corrections.

IT IS SO ORDERED this 18th day of February 2014.

                                                 UNITED STATES DISTRICT JUDGE